AO 442 (Rev. 12/85) Warrant for Arrest  AUSA Diana L.W. Fernandez/FBI S/A Patrick Brodsky & S/A Chris Starrett

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

MARK WEISS

**WARRANT FOR ARREST**

CASE NUMBER: 00-6309

CR-SEITZ

MAGISTRATE JUDG(E)
GARBER

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ MARK WEISS _____
Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense) RICO conspiracy, conspiracy to make extortionate extensions of credit, conspiracy to use extortionate means to collect extortionate extensions of credit, money laundering

in violation of Title 18 United States Code, Section(s) 1962(d), 892, 894, 1956

CLARENCE MADDOX
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

BSS  with Nebola
Bail fixed at $ 10,000 Corporate Surety Bond &
$ 100,000 Personal Surety Bond

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

10/24/00 - Fort Lauderdale, Florida
Date and Location

BARRY S. SELTZER  _[signature]_
by UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

