COURT MINUTES
U.S. MAGISTRATE DOCUMENT BARBARA S. LYNCH RECORD TAPE

| | |
|---|---|
| DEFT: Mark Weiss (J)# | CASE NO: 00-6309-CR-Seitz |
| AUSA: Brian McCormick/Diana Fernandez | ATTNY: Phil Horowitz |
| AGENT: | VIOL: 18:1962,1963,1955,1956,1957, 1511,894,892 |
| PROCEEDING: Initial Appearance | BOND REC: 10,000 CSB w/Nebbia & 100,000 |
| BOND HEARING HELD — yes/no Stip | COUNSEL APPOINTED: Phil Horowitz PSB |

BOND SET @ 100,000 PSB
CO-SIGNATURES:
SPECIAL CONDITIONS: Parents in Tampa by close of business tomorrow

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed for ___ x's a week/month by phone, ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
___ Electronic Monitoring

no illegal drug or excessive alcohol
reside @ present address

Ore tenus m/unseal granted

FILED OCT 26 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Advised of charges
sworn for counsel

Reading of Indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

8) 2,500 deposit w/in 60 days

| | | | |
|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | N/A | |
| STATUS CONFERENCE: | | | |
| DATE: 10-26-00 | | TIME: 11:00am | TAPE # 00-084 PG # @ 1 |

#38