UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. |
| Plaintiff | 00-6309 CR-SEITZ |
| v. | REPORT COMMENCING CRIMINAL ACTION |
| Mark Weiss Defendant | 55520-004 |

FILED OCT 26 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

TO: CLERK'S OFFICE
U.S. DISTRICT COURT

All items indicated are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 10/26/2000
2. Spoken language: ENGLISH
3. Offense(s) charged: TITLE 18 USC § 1962, 892, 894, 1956
4. U.S. Citizen  [X] YES   [ ] NO   [ ] UNKNOWN
5. Date of birth: 08/25/1962
6. Type of charging document: (Check One)

   [X] INDICTMENT        [ ] COMPLAINT TO BE FILED/ALREADY FILED
   CASE NO. 00-6309      CASE NO. _____
   DISTRICT: Southern    (Where warrant or complaint is filed.)

   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT

   COPY OF WARRANT LEFT WITH BOOKING OFFICER:  [X] YES   [ ] NO
   AMOUNT OF BOND: _____
   WHO SET BOND: _____

7. REMARKS: _____

8. DATE: 10/26/00                  9. SA Thomas Calhoon
                                      ARRESTING OFFICER
10. AGENCY: FBI                    11. 305-787-6702
                                      PHONE NO.

#42 #1