UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA

vs

MARK WEISS

ARRAIGNMENT INFORMATION SHEET

*FILED by OCT 26 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on OCTOBER 26, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:           Address: __ON BOND PAPERS__

                     Telephone: _____

DEFENSE COUNSEL:     Name: __PHILIP HOROWITZ, ESQ.__

                     Address: _____

                     Telephone: _____

BOND SET             $ __100,000 PERSONAL SURETY__

Bond hearing held: yes __X__  no ____  Bond hearing set for _____

Dated this __26TH__ day of __OCTOBER__, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _Denny Butler_
Deputy Clerk

Tape No. __00-083__

cc: Copy for Judge
    U. S. Attorney

#78
#1