UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

                              CASE NO.: 00-6309-CR-SEITZ

MARK WEISS,

                              Magistrate Judge Garber

    Defendant.
_____/

### NOTICE OF APPEARANCE

COMES NOW Philip R. Horowitz, Esquire, 12651 South Dixie Highway, Suite #328, Miami, Florida 33156 and pursuant to the Criminal Justice Act as set forth in 18 U.S.C. § 3006A and files this his notice of appearance as court appointed attorney of record for the Defendant, MARK WEISS.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 26th day of October, 2000 to: J. BRIAN McCORMICK, ESQUIRE, Assistant United States Attorney, 500 East Broward Boulevard, Suite #700, Ft. Lauderdale, Florida 33301 and to all counsel of record.

                              Respectfully submitted,

                              LAW OFFICES OF PHILIP R. HOROWITZ
                              Court Appointed Attorney for the
                                Defendant WEISS
                              Suite #328 - Southpark Centre
                              12651 South Dixie Highway
                              Miami, Florida 33156
                              Tel.: (305) 232-1949
                              Fax.: (305) 232-1963

                              By: PHILIP R. HOROWITZ, ESQUIRE
                              Florida Bar No. 466557