# UNITED STATES DISTRICT COURT
## Southern District of Florida
299 East Broward Boulevard
Fort Lauderdale, Florida 33301

CASE NO: _00-6309-CK-Seitz_

STYLE: _USA v Weiss_

DATE: _10-31-00_

*FILED by D.C. OCT 31 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

The Chambers of the Honorable _____
has received the attached document. After review, it has been
determined that this document requires the following action by
the Clerk's Office:

_____ Docket this document as a motion for _____

_____ Docket this document as a response to the following motion: _____

_____ Docket this document as an answer _____

_____ Docket this document as _____

_____ Docket this as an information matter only and file on the left side of the file.

✓ Other: _(original) signature page for personal surety bond._

Signed: _____

Name: _____

Title: _____



#117

DEFENDANT: MARK WEISS
CASE NO:    00-6309-CR-SEITZ

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgement may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of three (3) pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

### DEFENDANT

Signed this 26TH day of OCTOBER, 2000, at Ft. Lauderdale, Florida.

Signed and acknowledged before me:    DEFENDANT: (Signature) Mark Weiss
WITNESS: _____    ADDRESS: 21170 main South
ADDRESS: _____    Aventura _____ ZIP 33180
_____ ZIP ____    TELEPHONE: 305-935-4501

### CORPORATE SURETY

Signed this ___ day of _____, 20__, at _____, Florida.
SURETY: _____    AGENT: (Signature) _____
ADDRESS: _____    PRINT NAME: _____
_____ ZIP ____    TELEPHONE: _____

### INDIVIDUAL SURETIES

Signed this 27 day of October, 20 00, at _____
X SURETY: (Signature) Marsha Weiss         X SURETY: (Signature) Harold Weiss
PRINT NAME: Marsha Weiss                       PRINT NAME: Harold Hillan Weiss
RELATIONSHIP                                              RELATIONSHIP
  TO DEFENDANT: Mother                           TO DEFENDANT: father
ADDRESS: 5605 Bardmoor Blvd bulyg Fl     ADDRESS: same
TELEPHONE: 727-399-9571          35777   TELEPHONE: same

### APPROVAL BY COURT

Date: 10/26/00

_____
UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION: Defendant, Assistant U.S. Attorney, Counsel, Copy for Judge, Pretrial Services



