# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__  517750

UNITED STATES OF AMERICA

V.

MARK WEISS

## WARRANT FOR ARREST

CASE NUMBER: **00-6309**

CR - SEITZ

MAGISTRATE JUDGE
GARBER

TO:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___MARK WEISS___
                                         Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense) RICO conspiracy, conspiracy to make extortionate extensions of credit, conspiracy to use extortionate means to collect extortionate extensions of credit, money laundering

in violation of Title _18_ United States Code, Section(s) 1962(d), 892, 894, 1956

---

CLARENCE MADDOX
Name of Issuing Officer

[signature]
Signature of Issuing Officer

RSS    with Nebbia
$10,000 Corporate Surety Bond &
Bail fixed at $ 100,000 Personal Surety Bond

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

10/24/00 - Fort Lauderdale, Florida
Date and Location

BARRY S. SELTZER   [signature]
by __UNITED STATES MAGISTRATE JUDGE__
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at Ft. Lauderdale, FL |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10/24/00 | James A. Tassone<br>United States Marshal<br>Southern District of Florida | [signature]<br>Edward Purchase, SDUSM |
| DATE OF ARREST<br>10/26/00 | | |

#128