**SEALED**

CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE PATRICIA A. SEITZ, JUDGE

FILED by _LA_ D.C.
OCT 27 2000

Unsealed 11/8/00

Case No. 00-6309-CR   Date 10/27/00
Clerk L. Webb   Reporter R. Kaufman
USPO No   Interpreter No

UNITED STATES OF AMERICA v. Steve Raffa, et al.

AUSA W. Berkeley   Defense Counsel ____

Defendant(s): Present ____ Not Present _X_ In Custody ____

Reason for Hearing: Ex parte hrg on motion for protective order

Result of Hearing: Order to remain sealed until service of order on affected parties. Order entered with Court's requested changes.

Misc.: ____

Case Continued to: ____ Time ____ For ____

149/8

```
[docket0]                    CIVIL/CRIMINAL                    [\dk/text]
4. Queries                      Docketing


  Docket #    : 0:00-cr-6309                                      BLG
  Short Title: USA              v. Raffa
  Type: cr         Judge: Seitz          Magistrate:
------------------------------------------------------------------------

------------------------------------------------------------------------
            Summary of Event that Created the Document

  Filed       Entry Date   Last Update      History ID    Docketed by
  10/27/00    11/1/00      **/**/**         4266734           sp
      +-----------------------------------------------------------+
        SEALED DOCUMENT



      +viewing docket text----------------------------------------+
  Transaction: kseal doc -/ -/ - - -

  Command mode (? for commands)
```

Attached to D.E. # ___149___