UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT FLORIDA

$2,500.00

Forma Pauperis Receipt #521234

UNITED STATES OF AMERICA,

CASE NO: 00-6309-CR-Seitz

vs.

MARK WEISS

_____/

## ORDER ON PARTIAL INDIGENCY FOR APPOINTMENT OF COUNSEL AND DISTRIBUTION OF AVAILABLE FUNDS

THIS CAUSE having come before the Court on request of the Defendant for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. Section 3006A, and the Court having found after hearing that private funds are available for payment by the Defendant for partial reimbursement for the cost of such services, it is hereby,

ORDERED AND ADJUDGED that the above named Defendant shall pay the sum of $ 2500.00 on or before 60 days to the Clerk of Court for deposit in the Treasury as partial reimbursement for court appointed counsel ~~to the appropriation current at the time of payment, pursuant to 18 U.S.C. 3006A(f)~~. Unless such payment is made on or before the above stated date, the Court may terminate the appointment of counsel as the interest of justice may dictate, 18 U.S.C. Section 3006A(C).

DONE AND ORDERED at Ft. Lauderdale, Florida this 22nd day of December, 2000.

NUNC PRO TUNC 10/26/00.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

cc: AUSA
    Counsel
    Pretrial
    Defendant
    Financial Section

DEC 27 2000

Rec'd in Fin. Unit _____
#290

```
Fri Dec 22 14:35:10 2000

    UNITED STATES DISTRICT COURT

    MIAMI           , FL

Receipt No.   401 521233
Cashier       fleming

Tender Type  CASH

Transaction Type  C7

DO Code    Div No     Acct
 4600        0       092300

Amount            $   2500.00

MARK WEISS

00CR6309/SEITZ/ORDER PARTIAL INDIGENCY/M
ARK WEISS
```