UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.00-6309-CR-SEITZ(s)/GARBER

UNITED STATES OF AMERICA,

vs.

MARK WEISS
        Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No: 55520-004

Language: English

The above-named Defendant appeared before **Magistrate Judge DUBE'** where the defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:    Address: ON BOND

              Tel. No:

Defense Counsel:    Name: PHILIP HOROWITZ ESQ.

              Address: 12651 SOUTH DIX$^{IE}$ HWY #328
                        SOUTHPARK
                        MIAMI, FL., 33156

              Tel. No: (305)232-1949

Bond Set/Continued:    $100,000 PSB

DATED this 6th day of FEBRUARY, 2001.

              CLARENCE MADDOX, CLERK,

              BY    NANCY J. FLOOD
                      Deputy Clerk

c:Clerk for Judge
  U.S. Attorney
  Defense Counsel
  Pretrial Services

TAPE NO. 2001H-7
DIGITAL START NO. 1246