UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

MARK WEISS,

_____/

FILED by ___ D.C.
FEB 2 7 2001
CLARENCE MADDOX
CLER., U.S. DIST. CT.
S.D. OF FLA   MIAMI

## ORDER OF REFERENCE TO MAGISTRATE JUDGE

Pursuant to 28 U.S.C.§ 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is hereby referred to The Honorable Barry S. Seltzer to take all necessary and proper action as required by law regarding Defendant's Motion for Modification of Bond Conditions.

This matter is set for trial on February 11, 2002.

DONE AND ORDERED this 27th day of February, 2001.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable Barry S. Seltzer
Brian McCormick, AUSA
Philip Horowitz, Esq.
Ella Evans, USPSO