UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                      CASE NO.: 00-6309-CR-SEITZ

MARK WEISS,
                            Magistrate Judge Garber
    Defendant.
_____/

### ORDER ON DEFENDANT'S MOTION FOR MODIFICATION OF BOND CONDITIONS

THIS CAUSE came on before the Court upon Defendant MARK WEISS' Motion to Modify Bond to eliminate drug testing as outlined in his motion bearing certificate of service date of February 21, 2001 and the Court having reviewed the issues at hand and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows: __GRANTED__

DONE AND ORDERED in Chambers at Ft. Lauderdale, Florida this 2nd day of March, 2001.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record
    Ella Evans, Pretrial Services