UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                            CASE NO.: 00-6309-CR-SEITZ

MARK WEISS,

                            Magistrate Judge Garber

    Defendant.

_____/

## DEFENDANT'S MOTION FOR PERMISSION TO TRAVEL

COMES NOW the Defendant MARK WEISS by and through his undersigned counsel and moves this Court for the entry of an order temporarily modifying his bond reporting conditions so as to allow him to travel with his family on a brief four-day vacation and as grounds therefore would state as follows:

1. That on or about October 26, 2000 the defendant along with numerous other individuals was arrested as a result of a federal grand jury in this case returning an indictment at Ft. Lauderdale.

2. That as a result of an agreement with the Government also on October 26, 2000, the defendant was released on a $100,000 personal surety bond. The agreement was ratified by the Court per U.S. Magistrate Judge Barry S. Seltzer in Ft. Lauderdale.

3. One of the conditions of the Defendant's bond that was imposed by Magistrate Judge Seltzer was that the Defendant's travel is restricted to the Southern District of Florida.

4. The Defendant along with his family wants to travel from May 21, 2001

LAW OFFICES OF PHILIP R. HOROWITZ
SOUTHPARK CENTRE • SUITE 328 • 12651 SOUTH DIXIE HIGHWAY • MIAMI, FLORIDA 33156 • (305) 232-1949

through and including May 24, 2001 to the Orlando, Florida area for vacation to visit the theme parks there.  Travel permission is being sought for those dates.

5.  The Defendant will be staying at the Hard Rock Hotel in Orlando whose address is unavailable but it is located within the confines of Universal Studios in Orlando, Florida.

6.  Since the Defendant's release more than six months ago, he has not violated any of this Court's bond conditions.

7.  On May 2, 2001, the undersigned spoke with Mr. Jose Perez at United States Pretrial Services in Miami regarding his position on this matter and Mr. Perez has no objection to the granting of this motion.

8.  Pursuant to Local Rule 88.9 the undersigned also spoke with Assistant United States Attorney Brian McCormick also on May 2, 2001 regarding his position on this motion and Mr. McCormick has no objection to the granting of this motion.

WHEREFORE, the Defendant MARK WEISS respectfully requests that this Court enter an order modifying the bond conditions as requested above.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 2nd day of May 2001 to: J. BRIAN McCORMICK, ESQUIRE, Assistant United States Attorney, 500 East Broward Boulevard, Suite #700, Ft. Lauderdale, Florida 33301 and to MS. JOSE PEREZ, United States Pretrial Services Officer, 330 Biscayne Boulevard, Suite #500, Miami, Florida 33132.

LAW OFFICES OF PHILIP R. HOROWITZ
SOUTHPARK CENTRE • SUITE 328 • 12651 SOUTH DIXIE HIGHWAY • MIAMI, FLORIDA 33156 • (305) 232-1949

Respectfully submitted,

LAW OFFICES OF PHILIP R. HOROWITZ
Attorney for Defendant WEISS
Suite #328 - Southpark Centre
12651 South Dixie Highway
Miami, Florida 33156
Tel.: (305) 232-1949
Fax. : (305) 232-1963

By: PHILIP R. HOROWITZ, ESQUIRE
Florida Bar No.: 466557

LAW OFFICES OF PHILIP R. HOROWITZ
SOUTHPARK CENTRE • SUITE 328 • 12651 SOUTH DIXIE HIGHWAY • MIAMI, FLORIDA 33156 • (305) 232-1949