UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CASE NO.: 00-6309-CR-SEITZ

MARK WEISS,

Magistrate Judge Garber

    Defendant.
_____/

## ORDER ON
## DEFENDANT'S MOTION FOR PERMISSION TO TRAVEL

THIS CAUSE came on before the Court upon Defendant MARK WEISS' Motion for permission to travel as outlined in his motion bearing certificate of service date of May 2, 2001 and the Court having reviewed the issues at hand and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows: __GRANTED__

_____

_____

_____

DONE AND ORDERED in Chambers at Ft. Lauderdale, Florida this ___ day of May, 2001.

_____
UNITED STATES [MAGISTRATE] JUDGE

cc: Counsel of Record
    U.S. Pretrial Services