CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ



FILED by ___ D.C.

MAY 2 3 2001

Case No. __OO-6309-Cr__    Date __5/22/01__

Clerk __L. Webb__    Reporter __D. Ehrlich__

USPO _____    Interpreter _____

USPTS _____

AUSA __Brian McCormick__ Def. Atty. __All As represented__

United States of America v. __Mamone, et al.__

Defendant(s): Present _____    Not Present __X__    In Custody _____

Reason for Hearing __Status Conference__

Results of Hearing __Aug 30 - cut off for motions.__
__Govt response due 30 days (9/30/01)__
__Govt may supersede and add 1-2 more__
__defendants__
__Parties to meet to propose narrowing__
__issues on joint defense, to protect__
__Δ's interest__

Misc. __Δs may meet with each other as__
__long as each one's counsel is present__
__Rothman will submit order approved__
__by Govt.__

437

PAS