T.H

00 6309-CR-Seitz

AO82
(Rev. 4/90)

ORIGINAL
RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

227591

at Miami

RECEIVED FROM Harry M. Solomon
799 Brickell Plaza
Miami, Fl 33131
USA (s John Mahone

Fund CK#1203

| | ACCOUNT | AMOUNT |
|---|---|---|
| 6855XX Deposit Funds | | 20,000.00 |
| 604700 Registry Funds | | |
| General and Special Funds | | |
| 508800 Immigration Fees | | |
| 085000 Attorney Admission Fees | | |
| 086900 Filing Fees | TOTAL | 20,000.00 |
| 322340 Sale of Publications | | |
| 322350 Copy Fees | Case Number or Other Reference | |
| 322360 Miscellaneous Fees | 00-6309-CR-Seitz | |
| 143500 Interest | | |
| 322380 Recoveries of Court Costs | | |
| 322386 Restitution to U.S. Government | | |
| 121000 Conscience Fund | | |
| 129900 Gifts | | |
| 504100 Crime Victims Fund | | |
| 613300 Unclaimed Monies | | |
| 510000 Civil Filing Fee (½) | | |
| 510100 Registry Fee | | |

Per Court Order
To be Invested

477

$ Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

DATE 07/23/20   Cash | Check ✓ | M.O. | Credit | DEPUTY CLERK Hamil