UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.   CASE NO.: 00-6309-CR-SEITZ(s)

MARK WEISS,

    Magistrate Judge Garber

    Defendant.
_____/

### ORDER ON DEFENDANT'S MOTION FOR MODIFICATION OF BOND CONDITIONS

THIS CAUSE came on before the Court upon Defendant MARK WEISS' Motion for Change of Residence Address as outlined in his motion bearing certificate of service date of August 6, 2001 and the Court having reviewed the issues at hand and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows: *Said motion is Granted; all other conditions of release shall remain in effect.*

DONE AND ORDERED in Chambers at Miami, Florida this 10th day of August, 2001.

                                                  UNITED STATES Mag. JUDGE

cc: Counsel of Record
    U.S. Pretrial Services