UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                        CASE NO.: 00-6309-CR-SEITZ(s)

MARK WEISS,
                              Magistrate Judge Garber

    Defendant.
_____/

## ORDER ON
## DEFENDANT'S MOTION FOR PERMISSION TO TRAVEL

THIS CAUSE came on before the Court upon Defendant MARK WEISS' Motion for permission to travel as outlined in his motion bearing certificate of service date of August 6, 2001 and the Court having reviewed the issues at hand and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows: said motion is Granted. All remaining conditions of release shall continue in effect. Defendant, prior to departing this district, shall advise Pretrial Services of where he shall be staying while out of this district and shall report to Pretrial Services immediately upon his return.

DONE AND ORDERED in Chambers at Miami, Florida this 10 day of August, 2001.

                                                      Barry L. Garber
                                              UNITED STATES MAG. JUDGE

cc: Counsel of Record
    U.S. Pretrial Services