UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

01 AUG 21 AM 9:06

CLARENCE MADDOX
CLERK U S DIST CT
S D OF FLA - MIA

UNITED STATES OF AMERICA,

  Plaintiff,

vs.                                         CASE NO.: 00-6309-CR-SEITZ (s)

MARK WEISS,
                                            Magistrate Judge Garber
  Defendant.
_____/

### *AMENDED* DEFENDANT'S MOTION FOR PERMISSION TO TRAVEL

COMES NOW the Defendant MARK WEISS by and through his undersigned counsel and moves this Court for the entry of an order temporarily modifying his bond reporting conditions so as to allow him to travel with his family on a brief four-day vacation and as grounds therefore would state as follows:

1. That on or about October 26, 2000 the defendant along with numerous other individuals was arrested as a result of a federal grand jury in this case returning an indictment at Ft. Lauderdale.

2. That as a result of an agreement with the Government also on October 26, 2000, the defendant was released on a $100,000 personal surety bond. The agreement was ratified by the Court per U.S. Magistrate Judge Barry S. Seltzer in Ft. Lauderdale.

3. One of the conditions of the Defendant's bond that was imposed by Magistrate Judge Seltzer was that the Defendant's travel is restricted to the Southern District of Florida.

4. That on or about August 6, 2001 this defendant filed a similar motion that

Page 1

was granted by this Court. However, the defendant wishes to eliminate the Saratoga Springs end of his trip and change that portion so that he may see his parents who reside in the Clearwater, Florida area from August 24-26, 2001.

5. Therefore, while in Clearwater he will be staying with his parents who resides at 8904 Bardmoor Boulevard and he may be reached at (727) 399-9571. The Defendant will be staying at the MGM Grand in Las Vegas.

6. Therefore the modified travel plans of the Defendant are to travel from August 24-26 to Clearwater and from August 27, 2001 through and including September 2, 2001 to the Las Vegas, Nevada. While in Las Vegas, the defendant will be visiting his brother, who recently relocated there.

7. Since the Defendant's release more than ten months ago, he has not violated any of this Court's bond conditions. In addition, on August 10, 2001 this Court previously granted the prior motion to travel which included the Las Vegas leg of the trip but, in the abundance of caution, the travel permission is once again being requested based on the modifications.

8. Due to the time constraints, the undersigned has been unable to speak with Mr. Jose Perez at United States Pretrial Services in Miami regarding his position on this matter however, it should ne noted that Mr. Perez did not object to the granting of the prior motion.

9. Pursuant to Local Rule 88.9 the undersigned also spoke with Assistant United States Attorney Brian McCormick also on August 6, 2001regarding his position on this motion and Mr. McCormick objected to the granting of the prior

Page 2

motion which was granted by this Court. However, once again, due to time constraints, Mr. McCormick was unable to be contacted.

WHEREFORE, the Defendant MARK WEISS respectfully requests that this Court enter an order modifying the bond conditions as requested above.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 19th day of August 2001 to: J. BRIAN McCORMICK, ESQUIRE, Assistant United States Attorney, 500 East Broward Boulevard, Suite #700, Ft. Lauderdale, Florida 33301 and to MR. JOSE PEREZ, United States Pretrial Services Officer, 330 Biscayne Boulevard, Suite #500, Miami, Florida 33132.

Respectfully submitted,

LAW OFFICES OF PHILIP R. HOROWITZ
Attorney for Defendant WEISS
Suite #1910 - Two Datran Center
9130 South Dadeland Boulevard
Miami, Florida 33156
Tel.: (305) 232-1949
Fax.: (305) 232-1963

By: PHILIP R. HOROWITZ, ESQUIRE
Florida Bar No.: 466557