UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

   Plaintiff,

vs.      CASE NO.: 00-6309-CR-SEITZ(s)

MARK WEISS,

    Magistrate Judge Garber

   Defendant.
_____/

### ORDER ON DEFENDANT'S AMENDED MOTION FOR PERMISSION TO TRAVEL

THIS CAUSE came on before the Court upon Defendant MARK WEISS' Amended Motion for permission to travel as outlined in his motion bearing certificate of service date of August 19, 2001 and the Court having reviewed the issues at hand and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows: _Said motion is Granted. All remaining conditions of release shall remain in effect._

DONE AND ORDERED in Chambers at Miami, Florida this 22nd day of August, 2001.

                                                                UNITED STATES Magistrate JUDGE

cc: Counsel of Record
    U.S. Pretrial Services
    AUSA Brian McCormick