UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                              CASE NO.: 00-6309-CR-SEITZ (s)(s)

MARK WEISS,

                              Magistrate Judge Garber

    Defendant.
_____/

## NOTICE OF CHANGE OF ADDRESS

COMES NOW Philip R. Horowitz, Esquire, counsel of record for the Defendant above named and hereby notices this Court and the parties thereto that his office address has changed effective August 1, 2001 and would further request that all pleadings be amended to reflect the new address as listed below. It should be noted that the telephone number and fax number remain the same.

        LAW OFFICES OF PHILIP R. HOROWITZ
            Suite #1910 - Two Datran Center
             9130 South Dadeland Boulevard
                 Miami, Florida 33156
                  Tel.: (305) 232-1949
                  Fax: (305) 232-1963

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 12th day of September 2001 to: J. BRIAN McCORMICK, ESQUIRE, Assistant United States Attorney, 500 East Broward Boulevard, Suite #700, Ft. Lauderdale, Florida 33301 and to all counsel of record.

Respectfully submitted,

LAW OFFICES OF PHILIP R. HOROWITZ
Attorney for Defendant WEISS
Suite #1910 - Two Datran Center
9130 South Dadeland Boulevard
Miami, Florida 33156
Tel.: (305) 232-1949
Fax. : (305) 232-1963

_____
By: PHILIP R. HOROWITZ, ESQUIRE
Florida Bar No.: 466557

Page 2

LAW OFFICES OF PHILIP R. HOROWITZ
TWO DATRAN CENTER • SUITE 1910 • 9130 SOUTH DADELAND BOULEVARD • MIAMI, FLORIDA 33156 • (305) 232-1949 • FAX: (305) 232-1963