RECEIVED & FILED IN OPEN COURT
ON 10/10/01 AT
_____, FLA.
Clarence Maddox, Clerk
United States District Court
Southern District of Florida

FILED by _____ D.C.

OCT 10 2001

CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                        CASE NO.: 00-6309-CR-SEITZ(s)(s)

MARK WEISS,
                                Magistrate Judge Garber
    Defendants.
_____/

## DEFENDANT MARK WEISS' ITEMIZATION OF COPYING EXPENSES

COMES NOW the Defendant MARK WEISS by and through his undersigned counsel and pursuant to this Court's October 2, 2001 order requiring all counsel appointed under the Criminal Justice Act to itemize the copying expenses to date and in support thereof would state as follows:

1. On October 26, 2000, the undersigned counsel was appointed pursuant to the Criminal Justice act as set forth in 18 U.S.C. §3006A as counsel of record for the above-named defendant by United States Magistrate Judge Barry S. Seltzer.

2. Obviously, in order to minimize the costs to the taxpayers, the undersigned counsel viewed the discovery at the offices of David Rothman prior to placing the order with International Legal Imprints. This was done so that only the discovery applicable to the defendant could be ordered thereby limited the cost.

3. For example, there are more than 21,000 pages of "paper" discovery involved in this case but only 1,814 copies were ordered since that is all that is reasonable applicable to the defendant.

4. The total expended to date as evidence by the attached May 17, 2001 invoice

is $672.68.

5. Finally, as required by the October 2, 2001 order, the undersigned has ceased any further copying until further order of this Court.

I HEREBY CERTIFY that a true and correct copy of the foregoing was hand delivered this 10th day of October 2001 to J. BRIAN McCORMICK, ESQUIRE, Assistant United States Attorney, 500 East Broward Boulevard, Suite #700, Ft. Lauderdale, Florida 33301.

    Respectfully submitted,

    LAW OFFICES OF PHILIP R. HOROWITZ
    Attorney for Defendant WEISS
    Suite #1910 - Two Datran Center
    9130 South Dadeland Boulevard
    Miami, Florida 33156
    Tel.: (305) 232-1949
    Fax. : (305) 232-1963

    By: PHILIP R. HOROWITZ, ESQUIRE
    Florida Bar No.: 466557



# FAX COVER

**Attention:** PHIL

**Company:** _____

**Fax Number:** 305-232-1963

**From:** LYNN

**Fax Number:** 305 358 3362

**Date:** 10-9-01

____2____ page(s) including this cover.

**Message:**
COPY OF THE INVOICE YOU REQUESTED.

If pages are not received, please contact us at the number below.

150 S.E. 2nd Avenue, Suite 800, Miami, FL 33131    Tel. 305 358 3730



150 S.E. 2ND Ave.
SUITE 800
MIAMI, FLORIDA 33131
(305) 358-3730
(954) 522-0013

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/17/01 | 17123 |

**BILL TO**

6712- PHILLIP R. HOROWITZ, P.A.
9130 S. DADELAND BLVD.
SUITE 1910
MIAMI, Fl. 33156

| NUMBER | TERMS | ORDERED BY |
|---|---|---|
|  | NET 30 | BRENDA |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 1,814 | IMPRESSIONS | 0.12 | 217.68 |
| 1 | DUPLICATING/AUDIO | 5.00 | 5.00 |
| 18 | COMPUTER DISC | 5.00 | 90.00 |
| 8 | DUPLICATING CD-ROM DISK | 45.00 | 360.00 |

CJA

$672.68

**TOTAL**

WE NOW ACCEPT AMERICAN EXPRESS, VISA & MASTERCARD.
NOTICE: ALL INVOICES OVER 90 DAYS WILL INCUR A 5% LATE CHARGE, AND OVER
120 DAYS WILL INCUR ADDITIONAL INTEREST CHARGES OF 1 1/2% PER MONTH

PLEASE ROUTE TO YOUR ACCOUNTING DEPARTMENT
THIS IS THE ONLY INVOICE YOU WILL RECEIVE.