UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

JOHN MAMOME, et al.,
_____/

## ORDER

This matter came before the Court for Status Conference on discovery matters on October 10, 2001. The Court having heard representations of counsel, and being otherwise fully advised, it is

ORDERED as follows:

1. The Government will arrange for the return to Miami of the approximately 110 boxes of documents currently located in South Carolina on or before **November 1, 2001.**

2. On or before **November 22, 2001**, the Government will advise the Court whether there is an index of the South Carolina documents which has been prepared by counsel in South Carolina.

3. The three new Defendants, John O'Sullivan, Joseph Russo and Doreen Russo, shall file pretrial motions on or before **November 19, 2001**. The Government shall file its response on or before **December 7, 2001**, to these motions. All other parties must file pretrial motions no later than October 22, 2001 with responses due by November 19, 2001, as previously ordered.

4. Any expenses in excess of $1,000.00 incurred by CJA counsel thus far, without prior approval of the Court and the Eleventh Circuit Court of Appeals, will not be approved for payment.

DONE AND ORDERED in Miami, Florida this 10th day of October, 2001.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
See attached Service List



SERVICE LIST
00-6309-CR-SEITZ
USA v. Mamone, et al.

Brian McCormick, AUSA
Fort Lauderdale

Diana Fernandez, AUSA
Fort Lauderdale

David Rothman, Esq.
200 South Biscayne Blvd.
Suite 2690
Miami, FL 33131
*Counsel for John Mamone*

John R. Howes, Esq. (CJA)
633 S.E. 3rd Avenue
Suite 4F
Fort Lauderdale, FL 33301
*Counsel for Fred Morgenstern*

Ana Jhones, Esq. (CJA)
330 Biscayne Blvd.
Suite 625
Miami, FL 33132
*Counsel for David Morgenstern*

Emmanuel Perez, Esq. (CJA)
2121 Ponce de Leon Blvd.
Suite 920
Coral Gables, FL 33144
*Counsel for Joseph Silvestri*

Brian Tannenbaum, Esq.
200 South Biscayne Blvd., Suite 2690
Miami, FL 33131
*Counsel for Michael Buccinna*

Michael Tarre, Esq.
Counsel for Jeffrey Bass
2 South Biscayne Blvd., Suite 3250
Miami, FL 33131
*Counsel for Jeffrey Bass*

David Tarlow, Esq.
801 Brickell Avenue, Suite 1901
Miami, FL 33131
*Counsel for Frederick Scarola*

James S. Benjamin, Esq.
1 Financial Plaza
Suite 1615
Fort Lauderdale, FL 33394
*Counsel for Mark Carattini*

Neil Nameroff, Esq.
100 S.E. 2nd Street
Suite 3350
Miami, FL 33131
*Counsel for Anson Klinger*

Joseph Rosenbaum, Esq.
2400 South Dixie Highway
Suite 105
Miami, FL 33133
*Counsel for Anson Klinger*

Richard Hamar, Esq.
2437 Briarcrest Road
Beverly Hills, CA 90210
*Counsel for Charles Clay*

Jon May, Esq.
200 East Broward Blvd.
Suite 1210
Fort Lauderdale, FL 33301
*Counsel for Charles Clay*

Philip Horowitz, Esq. (CJA)
12651 South Dixie Highway
Suite 328
Miami, FL 33156
*Counsel for Mark Weiss*

Jeffrey Harris, Esq.
1 East Broward Blvd.
Suite 1500
Fort Lauderdale, FL 33301
*Counsel for David Bell*

Kenneth Swartz, AFPD
*Counsel for John O'Sullivan*

Jayne Weintraub, Esq.
100 S.E. 2nd Street
Suite 3550
Miami, FL 33131
*Counsel for Joseph Russo*

Howard Srebnick, Esq.
201 South Biscayne Blvd.
Suite 1300
Miami, FL 33131
*Counsel for Doreen Russo*