UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**NIGHT BOX FILED**
FEB 2002
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CASE NO.: 00-6309-CR-SEITZ (s)

MARK WEISS,

Magistrate Judge Garber

    Defendant.
_____/

## MOTION FOR AUTHORIZATION TO RECEIVE DAILY TRANSCRIPTS OF TRIAL PROCEEDINGS

COMES NOW the Defendant MARK WEISS by and through his undersigned counsel and moves this Court for the entry of an order authorizing all CJA counsel to receive daily transcription of the trial proceedings and as grounds therefore would state as follows:

1. The trial of these proceedings is currently specially set to commence on Monday, February 11, 2002 with, as of the date of this motion, at least five of the named defendants proceeding.

2. It is the understanding of the undersigned counsel that, at a minimum, four of the attorneys have been appointed pursuant to the Criminal Justice Act. Therefore, at least those four defendants have been previously adjudged insolvent.

3. All defense attorneys urge that due to the length and complexity of the case, the serious nature of the charges, the volume of documentary evidence, and the large number of anticipated witnesses, that this Court authorize to have the Court Reporter prepare a daily copy of transcripts for all counsel.

Page 1

4. Prior to filing this motion, the undersigned spoke with this Court's official court reporter and was informed that this request can be accommodated subject to this Court's approval.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 6th day of February 2002 to: J. BRIAN McCORMICK, ESQUIRE, Assistant United States Attorney, 500 East Broward Boulevard, Suite #700, Ft. Lauderdale, Florida 33301 and to all counsel of record.

Respectfully submitted,

LAW OFFICES OF PHILIP R. HOROWITZ
Attorney for Defendant WEISS
Suite #1910 - Two Datran Center
9130 South Dadeland Boulevard
Miami, Florida 33156
Tel.: (305) 232-1949
Fax. : (305) 232-1963

By: PHILIP R. HOROWITZ, ESQUIRE
Florida Bar No.: 466557

Page 2

LAW OFFICES OF PHILIP R. HOROWITZ
TWO DATRAN CENTER • SUITE 1910 • 9130 SOUTH DADELAND BOULEVARD • MIAMI, FLORIDA 33156 • (305) 232-1949 • FAX: (305) 232-1963