UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          Case No. 00-6309-CR-PAS

   v.                             MIAMI, FLORIDA
                                       February 6, 2002
                                       VOLUME I
                                       PAGES 1 TO 13

FRED MORGENSTERN
DAVID MORGENSTERN
JOSEPH SILVESTRI
FREDERICK SCAROLA
CHARLES CLAY
MARK WEISS
JOSEPH RUSSO
DOREEN RUSSO

FILED by _____ D.C.
APPEAL

FEB - 8 2002

CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. MIAMI

STATUS CONFERENCE
BEFORE THE HON. PATRICIA A. SEITZ, J.
UNITED STATES DISTRICT JUDGE

APPEARANCES:
FOR THE GOVERNMENT:
                        BRIAN MC CORMICK, ESQ.
                        DIANA FERNANDEZ, ESQ.
                        JAMES PAVLOCK, ESQ.
                        Assistant United States Attorneys
                        99 N.E. 4th Street
                        Miami, FL  33132

REPORTED BY:          DAVID S. EHRLICH, RPR
                        Official Court Reporter
                        301 N. Miami, Room 504
                        Miami, Florida 33128-7788
                        (305) 523-5537

Proceedings recorded by mechanical stenography,
transcript produced by computer-aided transcription(CAT).

```
APPEARANCES: (Continued)
FOR THE DEFENDANT:
```

| | |
|---|---|
| F. MORGENSTERN | WILLIAM NORRIS, ESQ. |
| D. MORGENSTERN | SCOTT SAKIN, ESQ. |
| J. SILVESTRI | EMMANUEL PEREZ, ESQ. |
| C. CLAY | JON MAY, ESQ. |
| M. WEISS | PHILLIP HOROWITZ, ESQ. |
| F. SCAROLA | DAVID TARLOW, ESQ. |
| J. RUSSO | JAYNE WEINTRAUB, ESQ. |
| D. RUSSO | HOWARD SREBNICK, ESQ. |