UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.    CASE NO.: 00-6309-CR-SEITZ (s)(s)

MARK WEISS,    Magistrate Judge Garber

    Defendant.
_____/

FILED by ____ D.C.
FEB 13 2002
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER ON DEFENDANT'S MOTION FOR PERMISSION TO TRAVEL

THIS CAUSE came on before the Court upon Defendant MARK WEISS' Motion for permission to travel as outlined in his motion bearing certificate of service date of February 11, 2002 and the Court having reviewed the issues at hand and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows: _The motion is GRANTED. Defendant Weiss' may travel consistent with all instructions of Pretrial Services Officer Jose Perez._

DONE AND ORDERED in Chambers at Miami, Florida this 13th day of February, 2002.

Patricia A. Seitz
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record
    U.S. Pretrial Services