UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,          CASE NO.  00-6309-CR-~~DIMITROULEAS~~/SEITZ

      Plaintiff,

vs.

FRED MORGENSTERN,
DAVID MORGENSTERN,
JOSEPH SILVESTRI,
FREDERICK SCAROLA,
CHARLES CLAY, and
MARK WEISS,

      Defendants.

_____/

FILED by ____ D.C.

MAR 0 7 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**O R D E R**

THIS CAUSE having been heard upon Defendant Weiss' February 5, 2002 Motion For Authorization to Receive Daily Transcripts of Trial Proceedings, the Court has discretion, but said request is Denied.  This costly request is not necessary for a fair determination in this case.  For this incidental convenience, the Constitution does not require that the Government furnish defendants with every luxury that a wealthy person might afford.  Gardiner v. California , 393 U.S. 367, 372 (1969).  Non-indigent defendants rarely, if ever, absorb the cost of this somewhat helpful, but unnecessary procedure.  Counsel can take notes and rely upon his recollection of the proceedings.  Finally, there is no indication that the Government has ordered

daily copies of transcripts.  See, U.S. v. Bari, 750 F. 2d 1169, 1181-82 (2d Cir. 1984).

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

_____ day of March, 2002.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Brian McCormick, AUSA

Diana Fernandez, AUSA

William Norris, Esquire
7685 S.W. 104th Street, #104
Miami, FL 33156

Scott Sakin, Esquire
1411 N.W. North River Drive
Miami, FL 33125

Emmanuel Perez, Esquire
2121 Ponce de Leon Blvd., #920
Coral Gables, FL 33144

David Tarlow, Esquire
801 Brickell Avenue, #1901
Miami, FL 33131

Richard Hamar, Esquire
2437 Briarcrest Road
Beverly Hills, CA 90210

Jon May, Esquire
200 E. Broward Boulevard, #1210
Ft. Lauderdale, FL 33301

Philip Horowitz, Esquire
12651 South Dixie Highway, #328
Miami, FL 33156