UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



FILED by _____ D.C.

APR 1 2 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

V.                                CASE NO. 00-6309-CR-DIMITROULEAS

FRED MORGENSTERN
DAVID MORGENSTERN
JOSEPH SILVESTRI
MARK WEISS

TYPE OF CASE:                    CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **RE-SET** AS
FOLLOWS:

PLACE:
299 E. BROWARD BLVD.                COURTROOM 203E
FT. LAUDERDALE, FL 33301            DATE & TIME:
                                   **May 2, 2002  AT 9:00 A.M.**
                                   (Previously set for May 3, 2002 at 9:00)

TYPE OF        CALENDAR CALL/STATUS CONFERENCE
HEARING:

                                   CLARENCE MADDOX,
                                   CLERK OF COURT

DATE:   April 12, 2002

                                   BY DEPUTY CLERK



cc:    Brian McCormick, AUSA
      Diana Fernandez, AUSA
      William M. Norris, Esq.
      Scott Sakin, Esq.
      Emmanuel Perez, Esq.
      Philip Horowitz, Esq.