Case 0:00-cr-06309-PAS   Document 953   Entered on FLSD Docket 04/17/2002   Page 1 of 1

FILED by D.C.
APR 1 6 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
                        MIAMI DIVISION


UNITED STATES OF AMERICA,     .  CASE 00-6309CR-SEITZ
                              .
        PLAINTIFF,            .  MIAMI, FLORIDA
                              .  JULY 23, 2001
        v.                    .
                              .
JOHN MAMONE, FRED             .
MORGENSTERN, DAVID            .
MORGENSTERN, JOSEPH           .
SILVESTRI, JULIUS BRUCE       .
CHIUSANO, MICHAEL BUCCINNA,   .
JEFFREY BASS, FREDERICK       .
SCAROLA, GIUSEPPE             .
BELLITTO, MARK CARATTINI,     .
PAUL DIFILIPPI, ANSON         .
KLINGER, JOSEPH               .
SPITALERI, CHARLES CLAY,      .
PEGGY PRESTON, MARK WEISS,    .
JACOLYN BARUCH,               .
and DAVID BELL,               .
                              .
        DEFENDANTS.           .
                              .
 . . . . . . . . . . . . . . .



     TRANSCRIPT OF CHANGE OF PLEA PROCEEDINGS HAD

     BEFORE THE HONORABLE WILLIAM M. HOEVELER,

          UNITED STATES DISTRICT JUDGE.


                      - - - -

              PAGES 1 THROUGH 11

                      - - - -
```




Original  953  H.H