# CRIMINAL MINUTES

FILED by /ML D.C.
MAY 17 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6309-CR-WPD     DATE: May 17, 2002

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____     INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Mark Weiss

U.S. ATTORNEY: Brian McCormick / Diana Fernandez     DEFT. COUNSEL: Philip Horowitz

REASON FOR HEARING: Change of Plea

RESULT OF HEARING: Deft sworn and questioned by the Court. Deft to enter guilty plea to Count 14 of 2nd Superceding Indictment. Gvt agrees to dismiss remaining counts at time of sentencing. → (1,4,5,16-45 SJ)

Court accepts guilty plea.

CASE CONTINUED TO: 7/26/02     TIME: 8:45     FOR: Sentencing

MISC: Written plea agreement filed.

