UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.   CASE NO.: 00-6309-CR-DIMITROULEAS (s)(s)

MARK WEISS,

    Defendant.

Magistrate Judge Garber

_____/

## DEFENDANT'S MOTION TO CHANGE RESIDENCE ADDRESS

COMES NOW the Defendant MARK WEISS by and through his undersigned counsel and moves this Court for the entry of an order modifying his bond to allow him to change his residence address and as grounds therefore would state as follows:

1. That on or about October 26, 2000 the defendant along with numerous other individuals was arrested as a result of a federal grand jury in this case returning an indictment at Ft. Lauderdale.

2. That as a result of an agreement with the Government also on October 26, 2000, the defendant was released on a $100,000 personal surety bond. The agreement was ratified by the Court per U.S. Magistrate Judge Barry S. Seltzer in Ft. Lauderdale.

3. That one of the conditions of the Defendant's bond is to reside at his residence located at 21190 Mainsail Circle, Unit A-11, Aventura, Florida. In August 2001 the court permitted the defendant to move to 9064 Collins Avenue, Apartment E, Surfside, Florida also in Miami-Dade County, Florida.

4. The Defendant is desirous of moving to 12060 S.W. 10th Terrace in Miami,



LAW OFFICES OF PHILIP R. HOROWITZ
TWO DATRAN CENTER • SUITE 1910 • 9130 SOUTH DADELAND BOULEVARD • MIAMI, FLORIDA 33156 • (305) 232-1949 • FAX: (305) 232-1963

Florida 33184 but cannot do so without further order of this Court.

5. On June 12, 2002, the undersigned spoke with Mr. Joe Perez of United States Pretrial Services and Mr. Perez has no objection to the Court granting this motion.

6. On June 12, 2002 pursuant to Local Rule 88.9 the undersigned attempted to speak with Assistant United States Attorney Brian McCormick but he was not in his office. In light of the nature of this motion it is not anticipated that the Government will object.

WHEREFORE, the Defendant MARK WEISS respectfully requests that this Court enter an order permitting the aforementioned address change.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 12th day of August 2002 to: J. BRIAN MCCORMICK, ESQUIRE, Assistant United States Attorney, 500 East Broward Boulevard, Suite #700, Ft. Lauderdale, Florida 33301 and to MR. JOSE PEREZ, United States Pretrial Services Officer, 330 Biscayne Boulevard, Suite #500, Miami, Florida 33132.

Page 2

LAW OFFICES OF PHILIP R. HOROWITZ
TWO DATRAN CENTER • SUITE 1910 • 9130 SOUTH DADELAND BOULEVARD • MIAMI, FLORIDA 33156 • (305) 232-1949 • FAX: (305) 232-1963

Respectfully submitted,

LAW OFFICES OF PHILIP R. HOROWITZ
Attorney for Defendant WEISS
Suite #1910- Two Datran Center
9130 South Dadeland Boulevard
Miami, Florida 33156
Tel.: (305) 232-1949
Fax. : (305) 232-1963

By: PHILIP R. HOROWITZ, ESQUIRE
Florida Bar No.: 466557