UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ____ D.C.
JUN 13 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                    CASE NO.: 00-6309-CR-DIMITROULEAS (s)(s)

MARK WEISS,

                          Magistrate Judge Garber
    Defendant.
_____/

## ORDER ON
## DEFENDANT'S MOTION FOR MODIFICATION OF
## BOND CONDITIONS

THIS CAUSE came on before the Court upon Defendant MARK WEISS' Motion for Change of Residence Address as outlined in his motion bearing certificate of service date of June 12, 2002 and the Court having reviewed the issues at hand and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows: _The Motion is Granted_

DONE AND ORDERED in Chambers at ~~Miami~~ Ft. Lauderdale, Florida this 13 day of June, 2002.

_____
William       
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record
    U.S. Pretrial Services

