UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.

JUL 2 2 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,

   Plaintiff,

vs.                                CASE NO.: 00-6309-CR-DIMITROULEAS (s)(s)

MARK WEISS,
                                   Magistrate Judge Garber
   Defendant.
_____/

## ORDER ON DEFENDANT'S MOTION TO FILE OBJECTIONS TO THE PSI OUT OF TIME

THIS CAUSE came on before the Court upon Defendant MARK WEISS' Motion to file his objections to the Presentence Investigation Report out of time as outlined in his motion bearing certificate of service date of July 18, 2002 and the Court having reviewed the issues at hand and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows: _Motion to file_ _Objections out of time is Granted_

DONE AND ORDERED in Chambers at Ft. Lauderdale, Florida this ___ day of _July_, 2002.

_[signature]_
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record
    Michael Santucci, USPO