UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA

V.                                    CASE NO. 00-6309-CR-DIMITROULEAS

MARK WEISS

TYPE OF CASE:           CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **RE-SET** AS FOLLOWS:

PLACE:
299 E. BROWARD BLVD.              COURTROOM 203E
FT. LAUDERDALE, FL 33301          DATE & TIME:
                                  July 25, 2002 AT 1:30 P.M.
                                  (Previously set for July 26 at 8:45 )

TYPE OF
HEARING:        SENTENCING

                                  CLARENCE MADDOX,
                                  CLERK OF COURT

                                  _____
DATE:   July 22, 2002             BY DEPUTY CLERK

cc:   Brian McCormick, AUSA
      Diana Fernandez, AUSA
      Philip Horowitz, Esq.
      U.S. Probation

