## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

FILED by _____ D.C.
JUL 25 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6309-CR-WPD   DATE: July 25, 2002

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: Mike Santucci   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Mark Weiss

U.S. ATTORNEY: Brian McCormick, Dana Hernandez   DEFT. COUNSEL: Philip Horowitz

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed; 5 years probation with the first 4 months to be spent in home confinement without electronic monitoring. Deft is to perform 50 hours of community community service per year, no fine, $100 assessment

CASE CONTINUED TO: _____   TIME: _____   FOR: _____

MISC: Gov't's M/5K1.1 is Granted.

