# United States District Court
## Southern District of Florida
### FT. LAUDERDALE DIVISION

UNITED STATES OF AMERICA

v.

MARK WEISS

FILED by _____ D.C.
JUL 25 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

Case Number: 00-6309-CR-WPD

Counsel For Defendant: Philip Horowitz, Esq.
Counsel For The United States: Diana Fernandez/Brian McCormick
Court Reporter: Robert Ryckoff

The defendant pleaded guilty to Count(s) 14ss of the Indictment.
ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| 18 USC 1956 (h) | Conspiracy to Commit Money Laundering | 11/30/2000 | 14ss |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Count(s) ALL REMAINING dismissed on the motion of the United States.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No 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
Defendant's Date of Birth: 8/25/1962
Deft's U.S. Marshal No.: 55520-004

Defendant's Mailing Address:
12060 SW 10th Terrace
Miami, FL 33184-2430

Defendant's Residence Address:
12060 SW 10th Terrace
Miami, FL 33184-2430

Date of Imposition of Sentence:
July 25, 2002

WILLIAM P. DIMITROULEAS
United States District Judge
July 25, 2002

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk
U.S. District Court
Southern District of Florida
By: _____ Deputy Clerk
Date 7/25/02

No further action required by
the U.S. Marshals Service.

*Edward Stubbs, acting*
UNITED STATES MARSHAL

A/SDUSM *John Walker*