UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.
NOV 13 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                CASE NO.: 00-6309-CR-DIMITROULEAS

MARK WEISS,
                                   Magistrate Judge Garber
    Defendant.
_____/

### ORDER ON
### DEFENDANT'S MOTION FOR PERMISSION TO TRAVEL

THIS CAUSE came on before the Court upon Defendant MARK WEISS' Motion for permission to travel as outlined in his motion bearing certificate of service date of November 8, 2002 and the Court having reviewed the issues at hand and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows: _Granted for_
_November 15 - 17, 2002_
_____

DONE AND ORDERED in Chambers at Ft. Lauderdale, Florida this _13_ day of _November_, 2002.

_____
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record
    U.S. Probation Office

