UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARK WEISS,

    Defendant.
_____/

FILED by _____ D.C.
JAN 6 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER DEFERRING RULING ON DEFENDANT'S MOTION FOR PERMISSION TO TRAVEL

THIS CAUSE came on before the Court upon Defendant Mark Weiss' January 3, 2003 Motion For Permission to Travel to Nicaragua to get married as outlined in his motion and the Court having reviewed the issues at hand, the Court defers ruling for five (5) days to await a response from the Government.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of January, 2003.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Francisco Padron, USPO

Philip R. Horowitz, Esquire
9130 S. Dadeland Boulevard, #1910
Miami, FL 33156

Diana Fernandez, AUSA

Brian McCormick, AUSA

