UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   00-6309-CR-DIMITROULEAS

UNITED STATES OF AMERICA,
           Plaintiff,

v.

MARK WEISS
           Defendant.
_____/

GOVERNMENT'S RESPONSE TO
DEFENDANT'S MOTION FOR PERMISSION TO TRAVEL

    The United States of America, through its undersigned attorneys, respectfully responds to defendant's motion as follows:

    The government has no objection to the granting of the defendant's motion for permission to travel to Grenada, Nicaragua, as described in his motion.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: _____
    J. BRIAN McCORMICK
    ASSISTANT UNITED STATES ATTORNEY
    Court I.D. #A5500084
    500 East Broward Blvd., Suite 700
    Fort Lauderdale, FL 33394
    Telephone: (954) 356-7392
    Fax: (954) 356-7230

By: _____
    DIANA L.W. FERNANDEZ
    ASSISTANT UNITED STATES ATTORNEY
    Court I.D. #A5500017
    500 East Broward Blvd., Suite 700
    Fort Lauderdale, FL 33394
    Telephone: (954) 356-7392
    Fax: (954) 356-7230

CERTIFICATE OF SERVICE

    I HEREBY certify that a true and correct copy of the foregoing was faxed and mailed this 7th day of January, 2003 to:

Philip R. Horowitz, Esq.
Suite #1910 - Two Datran Center
9130 South Dadeland Boulevard
Miami, FL 33156

                                              DIANA L.W. FERNANDEZ
                                              Assistant United States Attorney