UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 00-6309-CR-DIMITROULEAS

   Plaintiff,

vs.

MARK WEISS,

   Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION
## FOR PERMISSION TO TRAVEL

THIS CAUSE came on before the Court upon Defendant Mark Weiss' January 3, 2003 Motion For Permission to Travel to Nicaragua to get married as outlined in his motion and the Court having received the issues at hand, and having received a January 8, 2003 response from the Government, [DE-1232], the Motion to Travel is Granted.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of January, 2003.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Francisco Padron, USPO

Philip R. Horowitz, Esquire
9130 S. Dadeland Boulevard, #1910
Miami, FL 33156

Diana Fernandez, AUSA
Brian McCormick, AUSA

