United States Government
MEMORANDUM

DATE: January 29, 2004

FROM: Kristin Nylen, U.S. Probation Officer
Snapper Creek Office, Miami, Florida
(305) 412-2312

SUBJECT: Mark Weiss
Docket No. 00-6309-Cr-Dimitrouleas
SD/FL PACTS No. 65959

TO: The Honorable William P. Dimitrouleas, Judge
U.S. District Court, Miami, Florida



### REQUEST FOR INTERNATIONAL TRAVEL

On July 25, 2002, the above captioned offender, having previously entered a plea of guilty to charges of Conspiracy to Commit Money Laundering, was sentenced by the Honorable William P. Dimitrouleas, U.S. District Judge, to five (5) years probation, including special conditions of four (4) months participation in the Home Detention/Electronic Monitoring program, and 250 hours of community service work. His term of supervision is scheduled to expire on July 25, 2007.

During the past year Mr. Weiss has maintained stable residence with his wife and three children in their home, located at 12060 SW 10 Terrace, Miami, Florida. He has also been continuously employed as a manager for Flea Market, USA located at 3015 NW 79 Street, Miami, Florida. On December 6, 2002, Mr. Weiss successfully completed the Home Detention/Electronic Monitoring program, and is in compliance with the established schedule of community service work.

Mr. Weiss, a United States citizen, has made a request to take his wife on a three day Cruise to the Bahamas, aboard Carnival Cruise Lines. The "Fascination" sails out of the Port of Miami on Friday, February 13, 2004, stopping at the island of Nassau on Saturday and Sunday, before returning to the Port of Miami on Monday, February 15, 2004. In as much as Mr. Weiss has complied with the terms and conditions of his supervision, the U.S. Probation Office has no objection to this period of international vacation travel. We would request that Your Honor review the attached documentation and extend to the U.S. Probation Office the discretion to approve this travel outside the United States.

Respectfully submitted,

Reviewed by,

_____
Robert Posada, Supervising U.S. Probation Officer
(305) 412-2308

✓ _____ International Travel Approved       _____ International Travel Denied

_____        __2/4/04_____
Honorable William P. Dimitrouleas                Date
United States District Judge