# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of AMerica | 00-6309-CR-WPD |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| David Morgenstern | Amended Order Of Forfeiture |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

7534 Estrella Circle, Boca Raton, FL

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 7534 Estrella Circle, Boca Raton, FL

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

William H. Beckerleg, Jr.
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, FL 33394

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

*seize*

PLease serve/ arrest the above referenced defendant property as soon as possible.

Asset I.D. # 01-FBI-005130

Signature of Attorney or other Originator requesting service on behalf of: William H. Beckerleg, Jr.  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (954)660-5655
DATE: 10/6/03

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process:
District of Origin No. 4
District to Serve No. 4
Signature of Authorized USMS Deputy or Clerk
Date: 10/7/03

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

Address (complete only if different than shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 1/27/04    Time: 1300 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

368-7845    12/24/03 1200 hrs. Left letter to vacate
893-9017    inside house per AUSA Bill Beckerleg Jr.
1/27/04 the above address was tagged, flickered and inventoried. The ... turned over to ...

**1. CLERK OF THE COURT**
PRIOR EDITIONS MAY BE USED
FORM USM-285 (Rev. 12/15/80)