UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 00-6309-CR-DIMITROULEAS

  Plaintiff,

vs.

MARK WEISS,

  Defendant.
_____/

### ORDER

THIS CAUSE having been heard upon Defendant's May 10, 2005 Motion to Terminate Probation [DE-1578], and the Court having reviewed the Court file, the Motion to Terminate Probation [DE-1578] is Denied. Pursuant to 18 U.S.C. § 3564(c), the Court has considered the factors set forth in 18 U.S.C. § 3553(a). The Court has jurisdiction to terminate the probation on this case if such action is warranted by Defendant's conduct or in the interest of justice. The Court declines to exercise discretion in this case. Defendant has already received a major reduction in his sentence on very serious charges.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 20 day of May, 2005.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Philip R. Horowitz, Esquire
J. Brian McCormick, AUSA
Kristen Nylen, U.S.P.O.

